UST-32, 3-99
Beth Lang, Chapter 7 Trustee
1955 W. Grant Rd., Ste 125
Tucson, AZ 85745
520/ 884-1880
bethelang@earthlink.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA - TUCSON DIVISION

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| SIQUEIROS, JESUS F | ) | Case No. 07-01803-TUC JMM |
| Debtor(s) | ) | |
| | ) | **APPLICATION FOR PAYMENT** |
| | ) | **OF UNCLAIMED FUNDS TO** |
| | ) | **U.S. BANKRUPTCY COURT** |

Beth Lang, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECKS NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10103 | 03/18/10 | Internal Revenue Service<br>M/S 5014 | $708.09 |
| 10107 | 03/18/10 | 4041 N Central Ave Ste 112<br>Phoenix AZ 85012-5000 | $71.97 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $<u>780.06</u> to the Clerk of the Court to be deposited in the Registry thereof.

June 21, 2010                           */s/  Beth Lang*
Date                                    Beth Lang, Trustee